```
                                              FILED
                                    CLERK, U.S. DISTRICT COURT

                                         SEP 26 2011

                                    CENTRAL DISTRICT OF CALIFORNIA
                                    BY                      DEPUTY
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br>  Plaintiff<br>  v.<br>Christine Daniel,<br>  Defendant. | CR 09-993(A)-RT<br><br>JURY VERDICT<br><br>(REDACTED) |

We, the jury in the above-entitled action, hereby finds the defendant,

CHRISTINE DANIEL

__Guilty_____
(Guilty or Not Guilty)   of violating Section 1343, Title 18, United States Code, as charged in Count 1 of the Amended First Superseding Indictment

__Guilty_____
(Guilty or Not Guilty)   of violating Section 1343, Title 18, United States Code, as charged in Count 2 of the Amended First Superseding Indictment

__Guilty_____
(Guilty or Not Guilty)   of violating Section 1341, Title 18, United States Code, as charged in Count 3 of the Amended First Superseding Indictment

__Guilty_____
(Guilty or Not Guilty)   of violating Section 1341, Title 18, United States Code, as charged in Count 4 of the Amended First Superseding Indictment

1  __Guilty__
2  (Guilty or Not Guilty)

of violating Section 7201, Title 26, United States Code, as charged in Count 5 of the Amended First Superseding Indictment

3  __Guilty__
4  (Guilty or Not Guilty)

of violating Section 7201, Title 26, United States Code, as charged in Count 6 of the Amended First Superseding Indictment

5  __Guilty__
6  (Guilty or Not Guilty)

of violating Section 7201, Title 26, United States Code, as charged in Count 7 of the Amended First Superseding Indictment

7  __Guilty__
8  (Guilty or Not Guilty)

of violating Section 7201, Title 26, United States Code, as charged in Count 8 of the Amended First Superseding Indictment

9  __Guilty__
10 (Guilty or Not Guilty)

of violating Section 7201, Title 26, United States Code, as charged in Count 9 of the Amended First Superseding Indictment

11 __Guilty__
12 (Guilty or Not Guilty)

of violating Section 7201, Title 26, United States Code, as charged in Count 10 of the Amended First Superseding Indictment

13
14 __Guilty__
15 (Guilty or Not Guilty)

of violating Section 1512(b), Title 18, United States Code, as charged in Count 11 of the Amended First Superseding Indictment

16 __Not Guilty__
17 (Guilty or Not Guilty)

of violating Section 1512(b), Title 18, United States Code, as charged in Count 12 of the Amended First Superseding Indictment

18

19 Dated this 26th day of September 2011
20 at Los Angeles, California.

21 REDACTED AS TO FOREPERSON'S SIGNATURE

22 _____
   Foreperson of the Jury

2