BERNSTEIN LAW OFFICE, INC.
Bob Bernstein, SBN: 43230
3727 W. Magnolia Blvd., # 767
Burbank, CA 91510
Telephone:   (818) 558-1717
Facsimile:   (818) 526-7672
Email:       bob@crimeonly.com

Attorney for Defendant,
CRISTINE DANIEL

FILED
CLERK, U.S. DISTRICT COURT
NOV - 3 2011
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR 09-993-RT |
| Plaintiff, | |
| v. | [~~PROPOSED~~] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT |
| CHRISTINE DANIEL, | |
| Defendant. | |

Upon good cause herein, IT IS HEREBY ORDERED that Bob Bernstein's Motion to Withdraw as Counsel for Defendant is GRANTED, and Bob Bernstein is hereby terminated as counsel of record in this proceeding.

"IT IS SO ORDERED"

DATED: 11 / 3 / 2011

*Robert J. Timlin*
Hon. Robert J. Timlin
UNITED STATES DISTRICT JUDGE

ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT
1